**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**CASE NO: 6:26-CV-00544-JA-NWH**

ANTHONY HAYNES,

     Plaintiff,

    v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES
LLC, BANK OF AMERICA
CORPORATION, THE BANK OF
MISSOURI, CONCORA CREDIT, INC.,
FIRST PREMIER BANK, CAPITAL ONE,
N.A., CAPITAL ONE AUTO FINANCE,
FLAGSHIP CREDIT ACCEPTANCE,
CELTIC BANK, PRESTIGE FINANCIAL
SERVICES, CREDIT ONE BANK, N.A.,
AMERICAN EXPRESS CORPORATION,
ALLY FINANCIAL, CONSUMER
PORTFOLIO SERVICES LLC., GLOBAL
LENDING SERVICES LLC, CREDIT
ACCEPTANCE, EXETER FINANCE LLC,
and SANTANDER CONSUMER USA INC.,

     Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Defendant, Equifax Information Services LLC ("Equifax"), pursuant to

Middle District of Florida Local Rule 2.02(a), hereby notifies the Court and all

Counsel of Record of Ritika Singh's designation as Lead Counsel for Equifax in this

325024433v.1

action. Ritika Singh is counsel of record and is duly registered to receive notices at

risingh@seyfarth.com.

DATED:  May 26, 2026                    Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By:  */s/ Ritika Singh*
                                             Ritika Singh, Bar No. 1016708
                                             risingh@seyfarth.com
                                             SEYFARTH SHAW LLP
                                             2323 Ross Avenue, Suite 1660
                                             Dallas, Texas  75201
                                             Telephone:  (469) 608-6763

                                        *Counsel for Defendant*
                                        *Equifax Information Services LLC*

325024433v.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF DESIGNATION OF LEAD COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Ritika Singh*
Ritika Singh
*Counsel for Defendant*
*Equifax Information Services LLC*

325024433v.1