**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**CASE NO: 6:26-CV-00544-JA-NWH**

ANTHONY HAYNES,

      Plaintiff,

v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES
LLC, BANK OF AMERICA
CORPORATION, THE BANK OF
MISSOURI, CONCORA CREDIT, INC.,
FIRST PREMIER BANK, CAPITAL ONE,
N.A., CAPITAL ONE AUTO FINANCE,
FLAGSHIP CREDIT ACCEPTANCE,
CELTIC BANK, PRESTIGE FINANCIAL
SERVICES, CREDIT ONE BANK, N.A.,
AMERICAN EXPRESS CORPORATION,
ALLY FINANCIAL, CONSUMER
PORTFOLIO SERVICES LLC., GLOBAL
LENDING SERVICES LLC, CREDIT
ACCEPTANCE, EXETER FINANCE LLC,
and SANTANDER CONSUMER USA INC.,

      Defendants.

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

325024473v.1

2

_____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

___X___ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTION upon each party no later than fourteen days after appearance of the party.

DATED:  May 26, 2026                    Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By: /s/ Ritika Singh
                                            Ritika Singh, Bar No. 1016708
                                            risingh@seyfarth.com
                                            SEYFARTH SHAW LLP
                                            2323 Ross Avenue, Suite 1660
                                            Dallas, Texas  75201
                                            Telephone:  (469) 608-6763

                                        *Counsel for Defendant*
                                        *Equifax Information Services LLC*

2

325024473v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I presented the foregoing NOTICE OF RELATED ACTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


    */s/ Ritika Singh*
Ritika Singh
*Counsel for Defendant*
*Equifax Information Services LLC*

325024473v.1