# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Orlando Division

**ANTHONY HAYNES,**

                                                 CASE NO.: 6:26-cv-00544-JA-NWH

    *Plaintiff,*

v.

**TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, BANK OF AMERICA CORPORATION, THE BANK OF MISSOURI, CONCORA CREDIT, INC., FIRST PREMIER BANK, CAPITAL ONE, N.A., CAPITAL ONE AUTO FINANCE, FLAGSHIP CREDIT ACCEPTANCE, CELTIC BANK, PRESTIGE FINANCIAL SERVICES, CREDIT ONE BANK, N.A., AMERICAN EXPRESS CORPORATION, ALLY FINANCIAL, CONSUMER PORTFOLIO SERVICES INC., GLOBAL LENDING SERVICES, CREDIT ACCEPTANCE, EXETER FINANCE LLC,and SANTANDER CONSUMER USA INC.,**

    *Defendants.*

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ALL CLAIMS AGAINST DEFENDANTS THE BANK OF MISSOURI, CONCORA CREDIT, INC., CELTIC BANK, PRESTIGE FINANCIAL SERVICES and GLOBAL LENDING SERVICES

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby files this Notice of Voluntary Dismissal and dismisses without

prejudice all claims against Defendants The Bank of Missouri, Concora Credit, Inc., Celtic Bank, Prestige Financial Services, and Global Lending Services.

Defendants The Bank of Missouri, Concora Credit, Inc., Celtic Bank, Prestige Financial Services, and Global Lending Services have not been served with process, and no answer or motion for summary judgment has been filed. Accordingly, this dismissal is effective upon filing.

Dated: May 26, 2026

Respectfully Submitted,

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth Beach, FL 33460
Telephone (561) 655-3925
Fax: 561-202-9041

**/s/ Eyal Eisig**
Eyal Eisig, Esq.
Florida Bar No. 109438
Email: eyal@sharminlaw.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 26, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway

Lake Worth Beach, FL 33460
Telephone (561) 296-9109
Fax: 844-921-1022
Email: eyal@sharminlaw.com
**/s/ *Eyal Eisig***
Eyal Eisig, Esq.
Florida Bar No. 109438
*Attorneys for Plaintiff*