United States District Court
Middle District of Florida
Orlando Division

ANTHONY HAYNES,

    Plaintiff

v.

TRANS UNION, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX INFORMATION
SERVICES LLC, BANK OF AMERICA
CORPORATION, THE BANK OF MISSOURI,
CONCORA CREDIT, INC., FIRST PREMIER BANK,
CAPITAL ONE, N.A., CAPITAL ONE AUTO
FINANCE, FLAGSHIP CREDIT ACCEPTANCE,
CELTIC BANK, PRESTIGE FINANCIAL
SERVICES, CREDIT ONE BANK, N.A., AMERICAN
EXPRESS CORPORATION, ALLY FINANCIAL,
CONSUMER PORTFOLIO SERVICES INC.,
GLOBAL LENDING SERVICES LLC, CREDIT
ACCEPTANCE, EXETER FINANCE LLC, AND
SANTANDER CONSUMER USA INC.,

    Defendants.

_____/

Case No. 6:26-CV-00544-JA-DCI

_____

**<u>Unopposed Motion for Special Admission</u>**

Daniel Chin, Esq. respectfully moves under Local Rule 2.01(c) for special

admission to represent Defendant Consumer Portfolio Services Inc. ("CPS"), in this

action.

1.      I am neither a Florida resident nor a member of the Florida Bar.

2.      I am a member in good standing of a bar of a United States district

court; specifically, the United States District Court for the Northern District of New

York,  the United States District Court for the Eastern District of New York, the United States District Court for the Western District of New York, and the United States District Court for the Southern District of New York.

3.    I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

Banks v. First Contact, LLC, 6:26-cv-00246-JA-DCI

4.    I will comply with the federal rules and this Court's local rules.

5.    I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6.    I have paid the fee for special admission or will pay the fee upon special admission.

7.    I will register with the Court's CM/ECF system.

8.    I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WHEREFORE, Daniel Chin, respectfully requests that the Court enter an order granting Mr. Chin special admission to represent Consumer Portfolio Services Inc., in this action.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

Respectfully submitted,

CONSUMER PORTFOLIO SERVICES, INC.

By:   /s/ *Daniel Chin*
One of its attorneys

Daniel Chin (*pro hac vice* pending)
NY Bar No.: 5716865
PILGRIM CHRISTAKIS LLP
One South Dearborn Street, #1420
Chicago, Illinois 60603
Telephone: (312) 896-2760
Fax: (312) 939-0983
Email: dchin@pilgrimchristakis.com

## CERTIFICATE OF SERVICE

Daniel Chin, an attorney, certifies that on May 26, 2026, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Daniel Chin*

3