UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY HAYNES,

    Plaintiff,

v.

                                                Case No: 6:26-CV-00544

TRANS UNION, LLC, *et al.*,

    Defendants.
_____/

**DEFENDANTS CAPITAL ONE N.A. AND CAPITAL ONE AUTO FINANCE'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

**<u>Recusal Information</u>**

1.  If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

    Capital One Auto Finance is a division of Capital One, N.A. Capital One, N.A. certifies that Capital One Financial Corporation, a publicly-traded company [NYSE: COF], is its parent corporation. No other publicly held corporations own 10% or more of Capital One, N.A.'s stock.

2.  Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

    Capital One is not aware of any entity or natural person, not a party or counsel of record, with an interest in this action's outcome.

3.  Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

68153514 v1

Capital One is not aware of any lawyer, other than counsel of record, who serves or has served in this action as a lawyer for the filer and is financially interested in the action or who might appear as a material witness in the action.

4.  If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

    N/A.

5.  Identify any entity or natural person not already disclosed and likely to actively participate in this action.

    Capital One is not aware of any entity or natural person not already a party to this action who is likely to actively participate in this action.

6.  Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

    Capital One is not aware of any conflict of interest affecting the district judge or magistrate judge in this action.

7.  If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

    N/A.

8.  If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

    N/A.

## Certificate
**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Respectfully submitted this 26th day of May, 2026,

/s/ *Ellen T. Mathews*
Rachel B. Cash (Florida Bar: 114052)
Ellen T. Mathews (Florida Bar: 122217)
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5646
Email: rcash@burr.com
Email: emathews@burr.com
Secondary: jcarlin@burr.com

*Counsel for Defendants Capital One, N.A. and Capital One Auto Finance, a division of Capital One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Ellen T. Mathews*
OF COUNSEL

68153514 v1