UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY HAYNES,

    Plaintiff,

v.                                                                      Case No: 6:26-CV-00544

TRANS UNION, LLC, *et al.*,

    Defendants.

_____/

### NOTICE OF LEAD COUNSEL DESIGNATION

I, Ellen T. Mathews, declare as follows:

Pursuant to Middle District of Florida Local Rule 2.02(a), I am lead attorney of record for Defendants Capital One, N.A. ("Capital One") and Capital One Auto Finance, a division of Capital One, N.A. ("COAF") in this matter, duly licensed to practice before all courts in the State of Florida.  I am an attorney at the law firm of Burr & Forman LLP, and counsel of record for Capital One and COAF.  I request that service of all notices, pleadings, and other papers filed and/or served in this action be served upon the undersigned at the email address listed below.

Respectfully submitted this 26th day of March, 2026,

*/s/ Ellen T. Mathews*
Ellen T. Mathews (Florida Bar: 122271)
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5646
Email: emathews@burr.com

68153279 v1

Secondary: jcarlin@burr.com

*Counsel for Defendants Capital One, N.A. and Capital One Auto Finance, a division of Capital One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ellen T. Mathews
OF COUNSEL

68153279 v1                                       2