**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY HAYNES,

     Plaintiff,

v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES LLC, BANK OF
AMERICA CORPORATION, THE BANK OF
MISSOURI, CONCORA CREDIT, INC., FIRST
PREMIER BANK, CAPITAL ONE, N.A.,
CAPITAL ONE AUTO FINANCE, FLAGSHIP
CREDIT ACCEPTANCE, CELTIC BANK,
PRESTIGE FINANCIAL SERVICES, CREDIT
ONE BANK, N.A., AMERICAN EXPRESS
CORPORATION, ALLY FINANCIAL,
CONSUMER PORTFOLIO SERVICES INC.,
GLOBAL LENDING SERVICES LLC, CREDIT
ACCEPTANCE, EXETER FINANCE LLC, AND
SANTANDER CONSUMER USA INC.,

     Defendants.

_____/

Case No. 6:26-CV-00544-JA-DCI

**DEFENDANT CONSUMER PORTFOLIO SERVICES, INC.'S AGREED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Consumer Portfolio Services, Inc. ("CPS"), by counsel and with

Plaintiff's agreement, respectfully requests that the Court extend CPS's deadline to

respond to Plaintiff's Complaint to and including June 9, 2026. In support of this

Motion, CPS states as follows:

1.      Plaintiff initiated this action by filing his Complaint on March 10, 2026. CPS executed a waiver of service, making its responsive pleading deadline May 26, 2026.

2.      Counsel for CPS needs additional time to evaluate the allegations and prepare a proper response. Accordingly, CPS respectfully requests that the Court extend its time to respond to Plaintiff's Complaint by 14 days, to and including June 9, 2026.

3.      CPS's counsel has conferred with Plaintiff's counsel, and Plaintiff agrees to this requested extension.

WHEREFORE, Defendant CPS respectfully requests the Court extend its responsive pleading deadline to June 9, 2026.

### Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose the requested extension.

Respectfully submitted,

CONSUMER PORTFOLIO
SERVICES, INC.

By: */s/ Daniel Chin*
One of its attorneys

Daniel Chin (*pro hac vice* pending)
NY Bar No.: 5716865
PILGRIM CHRISTAKIS LLP
One South Dearborn Street, Suite 1420
Chicago, Illinois 60603
Telephone: (312) 896-2760
Fax: (312) 939-0983
Email: dchin@pilgrimchristakis.com

## <u>CERTIFICATE OF SERVICE</u>

Daniel Chin, an attorney, certifies that on May 26, 2026, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Daniel Chin*
