## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

ANTHONY HAYNES,

      Plaintiff,

v.                                                    Case No. 6:26-cv-544-JA-NWH

TRANS UNION, LLC, et al.,

      Defendants.

_____

### ORDER

Upon consideration of the Unopposed Motion for Extension of Time (Doc. 91) filed by Defendants Capital One, N.A. and Capital One Auto Finance, and the Agreed Motion for Extension of Time (Doc. 94) filed by Defendant Consumer Portfolio Services, Inc., it is **ORDERED** that both motions are **GRANTED**. The deadline for Defendants Capital One, N.A. and Capital One Auto Finance to respond to the Complaint is extended to June 5, 2026, as requested, and the deadline for Defendant Consumer Portfolio Services, Inc. to respond to the Complaint is extended to June 9, 2026, as requested.

**DONE** and **ORDERED** in Orlando, Florida, on May 27, 2026.

                                     JOHN ANTOON II
                                     United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties