## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Orlando Division

**ANTHONY HAYNES,**

                                        CASE NO.: 6:26-cv-00544-JA-NWH

        *Plaintiff,*

v.

**TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, BANK OF AMERICA CORPORATION, FIRST PREMIER BANK, CAPITAL ONE, N.A., CAPITAL ONE AUTO FINANCE, FLAGSHIP CREDIT ACCEPTANCE, CREDIT ONE BANK, N.A., AMERICAN EXPRESS CORPORATION, ALLY FINANCIAL, CREDIT ACCEPTANCE, EXETER FINANCE LLC, and SANTANDER CONSUMER USA INC.,**

        *Defendants.*

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ALL CLAIMS AGAINST DEFENDANT EXETER FINANCE LLC

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal and dismisses without prejudice all claims against Defendant Exeter Finance LLC.

Defendant Exeter Finance LLC has not been served with process, and no answer or motion for summary judgment has been filed. Accordingly, this dismissal is effective upon filing.

Dated: June 01, 2026

Respectfully Submitted,

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth Beach, FL 33460
Telephone (561) 655-3925
Fax: 561-202-9041

*/s/ Eyal Eisig*
Eyal Eisig, Esq.
Florida Bar No. 109438
Email: eyal@sharminlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 01, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth Beach, FL 33460
Telephone (561) 296-9109
Fax: 844-921-1022
Email: eyal@sharminlaw.com
*/s/ Eyal Eisig*
Eyal Eisig, Esq.
Florida Bar No. 109438
*Attorneys for Plaintiff*