**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

**ANTHONY HAYNES,**

     *Plaintiff*

**v.**

**TRANS UNION, LLC, EXPERIAN**
**INFORMATION SOLUTIONS, INC.,**
**EQUIFAX INFORMATION SERVICES  LLC,**
**BANK OF AMERICA CORPORATION,  THE**
**BANK OF MISSOURI, CONCORA  CREDIT,**
**INC., FIRST PREMIER BANK,  CAPITAL**
**ONE, N.A., CAPITAL ONE AUTO  FINANCE,**    Case Number: 6:26-cv-00544-JA-DCI
**FLAGSHIP CREDIT  ACCEPTANCE,**
**CELTIC BANK, PRESTIGE  FINANCIAL**
**SERVICES, CREDIT ONE  BANK, N.A.,**
**AMERICAN EXPRESS  CORPORATION,**
**ALLY FINANCIAL,  CONSUMER**
**PORTFOLIO SERVICES INC.,  GLOBAL**
**LENDING SERVICES LLC,  CREDIT**
**ACCEPTANCE, EXETER FINANCE  LLC,**
**AND SANTANDER CONSUMER USA  INC.,**

     *Defendants,*

                                           /

**JOINT NOTICE OF SETTLEMENT BETWEEN**
**PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

     Plaintiff, ANTHONY HAYNES and Defendant, EQUIFAX INFORMATION SERVICES, LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle.  As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: June 4, 2026

*Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391

*Counsel for Plaintiff*


**SEYFARTH SHAW, LLP**
2323 Ross Avenue, Suite 1660
Dallas, TX  75201
Telephone: (469) 608-6763

*/s/ Ritika Singh*
Ritika Singh, Esq.
FBN: 1016708
Email: risingh@seyfarth.com]

*Counsel for Defendant*
*Equifax Information Services LLC*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 4, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*