## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Orlando Division

ANTHONY HAYNES,

    *Plaintiff*

v.

                                   **Case Number: 6:26-cv-00544-JA-NWH**

TRANS UNION, LLC, et al.

    *Defendants,*

_____/

### JOINT STIPULATION OF DISMISSAL WITH
### PREJUDICE AS TO DEFENDANT CREDIT ACCEPTANCE CORP.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Anthony Haynes and Defendant, Credit Acceptance Corp. have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Credit Acceptance Corp shall each bear their own attorneys' fees and costs.

Dated: June 9, 2026

                                     *Respectfully submitted,*

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **HOLLAND & KNIGHT LLP** |
| 830 North Federal Highway | 50 North Laura Street, Suite 3900 |
| Lake Worth, FL 33460 | Jacksonville, FL, 32202 |
| Telephone: 561-655-3925 | Telephone: (904)353-2000 |
| Fax: 844-921-1022 | |
| | /s/ *Robert Carter Burgess* |
| /s/ *Eyal S. Eisig* | Robert Carter Burgess, Esq. |
| Eyal S. Eisig, Esq. | FBN: 58298 |
| FBN: 109438 | Email: carter.burgess@hklaw.com |
| Email: eyal@sharminlaw.com | *Attorney for Defendant Santander Consumer* |
| *Counsel for Plaintiff* | *USA Inc. and Flagship Credit Acceptance* |

**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC, 20036
Telephone: (404) 581-8023

*/s/ Grant E. Schnell*
Grant E. Schnell, Esq.
FBN: 108109
Email: gschnell@goodwinlaw.com
*Attorney for Defendant Experian Information Solutions, Inc.*

**DICKINSON & GIBBONS, P.A**
401 North Cattlemen Rd, Suite 300
Sarasota, FL 34232
Telephone: (941) 366-4680

*/s/ Charles W. Denny, IV*
Charles W. Denny, IV Esq.
FBN: 0488615
Email: cdenny@dglawyers.com
*Attorney for Defendant First Premier Bank*

**TROUTMAN PEPPER LOCKE, LLP**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500

*/s/ Gillian D. Williston*
Gillian D. Williston, Esq.
FBN: 14270
Email: gillian.williston@troutman.com
*Attorney for Defendant Ally Financial*

**MCGUIRE WOODS LLP**
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200

*/s/ Jason R. Bowyer*
Jason R. Bowyer, Esq.
FBN: 0693731
Email: jbowyer@mcguirewoods.com

**SEYFARTH SHAW LLP**
2323 Ross Ave. Suite 1660
Dallas, TX, 75201
Telephone: (305) 577-7000

*/s/Ritika Singh*
Ritika Singh, Esq.
FBN: 1016708
Email: risingh@seyfarth.com
*Attorney for Defendant Equifax Information Services LLC*

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL, 35203
Telephone: (205) 251-3000

*/s/ Ellen T. Mathews*
Ellen T. Mathews, Esq.
FBN: 122271
Email: emathews@burr.com
*Attorney for Defendant Capital One, N.A. and Capital One Auto Finance, Inc.*

**BURR & FORMAN LLP**
350 E. Las Olas Blvd., Suite 1440
Fort Lauderdale, FL 33301
Telephone: 954-414-6202

/s/ *Sara Solano*
Sara Solano, Esq.
FBN: 117966
Email: ssolano@burr.com
*Attorney for Defendant Credit Acceptance Corp.*

**TRANS UNION, LLC**
555 W. Adams Street
Chicago, IL, 60661
Telephone: (469) 578-1464

*/s/Charlotte Long*
Charlotte Long, Esq.
FBN: 0112517
Email: Charlotte.Long@transunion.com

*Attorney for Defendant Bank of America Corporation*   *Attorney for Defendant Trans Union, LLC*

**SESSIONS, ISRAEL & SHARTLE, L.L.C.**
3350 Buschwood Park Drive, Suite 130
Tampa, FL 33618
Telephone: (813) 775-2170

*/s/ Rachel M. Fleishman*
Rachel M. Fleishman, Esq.
FBN: 1026438
Email: rfleishman@sessions.legal
*Attorney for Defendant Credit One Bank, N.A.*