**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY HAYNES,

     Plaintiff,

                                      Case No. 6:26-cv-00544-JA-DCI

v.

TRANS UNION, LLC, et al.,

     Defendants.

_____/

## DEFENDANT, CREDIT ONE BANK, N.A.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Credit One Bank, N.A. (Credit One), through counsel and under the Federal Rules of Civil Procedure, files this Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint, and states:

1.     On March 27, 2026, plaintiff issued a Waiver of the Service of Summons on Credit One. Credit One's responsive pleading is currently due on June 16, 2026.

2.     Undersigned counsel, however, requests additional time to review the file materials, conduct an investigation and confer with her client in order to draft an appropriate responsive pleading. In addition, the extension will allow the parties the time necessary to engage in meaningful and good-faith settlement negotiations in

1

hopes the parties can reach a mutually agreeable resolution without the Court's involvement.

3.     No party will be prejudiced by an extension until July 7, 2026, for Credit One to respond to the Complaint.

WHEREFORE, Defendant, Credit One Bank, N.A., respectfully requests this Court grant it an extension through and including July 7, 2026, to respond to the complaint, and for such other relief as this Court deems proper.

## LOCAL RULE 3.01(g) CERTIFICATE

Undersigned counsel certifies she has conferred with counsel for plaintiff regarding the relief requested and plaintiff, through counsel, does not oppose the requested extension.

Dated: June 11, 2026                     Respectfully Submitted,

*/s/ Rachel M. Fleishman*
Rachel M. Fleishman, Esq.
Florida Bar No. 1026438
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3350 Buschwood Park Drive, Suite 130
Tampa, Florida 33618
Telephone: (813) 775-2170
Facsimile: (877) 334-0661
rfleishman@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant*
*Credit One Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2026, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

*/s/ Rachel M. Fleishman*
Attorney

3