# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANTHONY HAYNES,

      Plaintiff,

v.                                                    Case No. 6:26-cv-544-JA-NWH

TRANS UNION, LLC, et al.,

      Defendants.

_____

## ORDER

Upon consideration of the Unopposed Motion for Extension of Time (Doc. 104) filed by Defendant Credit One Bank, N.A., it is **ORDERED** that the motion is **GRANTED**. The deadline for Defendant Credit One Bank, N.A. to respond to the Complaint is extended to July 7, 2026.

**DONE** and **ORDERED** in Orlando, Florida, on June 11, 2026.

                                      _____
                                        JOHN ANTOON II
                                        United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties