# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANTHONY HAYNES,

      Plaintiff,

v.                                                     Case No. 6:26-cv-544-JA-NWH

TRANS UNION, LLC, et al.,

      Defendants.

_____

## ORDER

In light of the Joint Stipulation of Dismissal With Prejudice as to Defendant Credit Acceptance Corp. (Doc. 103), it is **ORDERED** that the Motion to Dismiss (Doc. 87) filed by Credit Acceptance Corp. is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on June 11, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties