UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY HAYNES,

Plaintiff,

v.                                                    Case No. 6:26-cv-544-JA-NWH

TRANS UNION, LLC, et al.,

Defendants.

## ORDER

In light of the Joint Stipulation of Dismissal With Prejudice as to Defendant Santander Consumer USA Inc. (Doc. 99), it is **ORDERED** that the Motion to Dismiss (Doc. 72) filed by Santander Consumer USA Inc. is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on June 16, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties