# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANTHONY HAYNES,

     Plaintiff,

v.                                 Case No. 6:26-cv-544-JA-DCI

TRANS UNION, LLC, et al.

     Defendants.

_____

## NOTICE AND ORDER TO REGISTER FOR COURT'S CASE MANAGEMENT AND ELECTRONIC CASE FILING PROGRAM

The United States District Court for the Middle District of Florida has converted to a paperless electronic filing system: CM/ECF (Case Management and Electronic Case Filing).   Extensive notice of this conversion was provided through the Court's webpage, announcements, and numerous mailings.

Upon review of this case, it appears that attorney **Bradley R. Armstrong** is not registered to participate in the Case Management and Electronic Case Filing (CM/ECF) program of the Court.   All attorneys appearing in a case pending with the Court shall participate and docket in CM/ECF within **30 days** of entry of an appearance in such case.   Counsel is directed to the website located at **www.flmd.uscourts.gov** under "CM/ECF" where a password may be requested from the Court.

Accordingly, **Bradley R. Armstrong** shall register to participate, as well as docket, in CM/ECF within thirty (30) days from the date of this Order.

**ORDERED** in Orlando, Florida on June 17, 2026.

John Antoon, II
United States District Judge

Copies furnished to:
Counsel of Record