# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANTHONY HAYNES,**

        **Plaintiff,**

**v.**                                   **Case No. 6:26-cv-544-JA-NWH**

**TRANS UNION, LLC, et al.,**

        **Defendants.**

_____

## ORDER

In light of the Joint Stipulation of Dismissal Without Prejudice as to Defendants Capital One, N.A. and Capital One Auto Finance, Inc. (Doc. 111), it is **ORDERED** that the Motion to Dismiss (Doc. 101) filed by these Defendants is **DENIED as moot**.

**DONE** and **ORDERED** on June 30, 2026.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties